# UNITED STATES DISTRICT COURT
## District of Minnesota

David Vasquez-Nolasco

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00775-ECT-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner David V.-N.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

2. Respondents shall release Petitioner from custody as follows:

a. If Petitioner remains detained in Minnesota, Respondents shall release Petitioner from custody as soon as practicable without conditions, but not later than 48 hours after entry of this Order.

b. If Petitioner has been moved outside of Minnesota, as soon as practicable, but not later than 72 hours after entry of this Order, Respondents shall return Petitioner to Minnesota and then release Petitioner from custody without conditions.

Date: 1/31/2026

KATE M. FOGARTY, CLERK